IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/8/21 6:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   ROBERT W. WITTEN

        Debtor(s)

Ronda J. Winnecour
      Movant
   vs.
No Repondents.

**DEFAULT O/E JAD**

Bankruptcy No. 17-70526-JAD

Chapter 13

Related To Doc. No. 97

## ORDER OF COURT

AND NOW, this 8th day of February, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4) Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

mas

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70526-JAD |
| Robert W. Witten | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: lfin | Page 1 of 2 |
| Date Rcvd: Feb 08, 2021 | Form ID: pdf900 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert W. Witten, 50 Village Drive, Armagh, PA 15920-9114 |
| cr | + | M&T BANK, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14663158 | + | Apogee Physicians of Pennsylvania, P.O. Box 1259, Oaks, PA 19456-1259 |
| 14663159 | + | Conemaugh Physician Group, 1086 Franklin Street, Johnstown, PA 15905-4398 |
| 14663161 | | DLP, Conemaugh Physician Group, P.O. Box 644633, Pittsburgh, PA 15264-4633 |
| 14663162 | | EOS CCA, P.O. Box 981002, Boston, MA 02298-1002 |
| 14663163 | + | First Credit Resources, Inc., 1466 Frankstown Rd., Johnstown, PA 15902-1315 |
| 14663165 | + | MRS BPO, L.L.C., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14658545 | + | Med Business Bureau, 1460 Renaissance Dr #400, Park Ridge, IL 60068-1349 |
| 14663164 | | Montgomery Lynch and Associates, PO Box 22720, Beachwood, OH 44122-0720 |
| 14658546 | + | Santander Consumer USA, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 14669265 | + | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14658547 | + | Stern and Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14663160 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 09 2021 03:00:00 | Credit Management Co., 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14658543 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 09 2021 03:00:00 | Credit Management, LP, Attn: Bankruptcy, 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 14658542 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 09 2021 02:55:33 | Chase Card, Attn: Correspondence Dept, P.O. Box 15298, Wilmington, DE 19850 |
| 14658544 | | Email/Text: camanagement@mtb.com | Feb 09 2021 02:59:00 | M & T Bank, P.O. Box 844, Buffalo, NY 14240 |
| 14675759 | | Email/Text: camanagement@mtb.com | Feb 09 2021 02:59:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240 |
| 14659226 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2021 09:40:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14693492 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 09 2021 02:52:41 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14658548 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 09 2021 02:59:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| District/off: 0315-7 | User: lfin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 08, 2021 | Form ID: pdf900 | Total Noticed: 21 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2021                                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew John Marley | on behalf of Creditor M&T BANK amarley@sterneisenberg.com  bkecf@sterneisenberg.com |
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor M&T BANK cmcmonagle@sterneisenberg.com  bkecf@sterneisenberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard G. Allen | on behalf of Debtor Robert W. Witten ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven P Kelly | on behalf of Creditor M&T BANK skelly@sterneisenberg.com  bkecf@sterneisenberg.com |

TOTAL: 7